UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAYSON QUICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01536-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2022, Plaintiff submitted a hand-written application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2).[1] However, Plaintiff's application does not include all the necessary sections. Under 28 U.S.C. § 1915(b), Plaintiff is still responsible for paying the filing fee, and the funds are to be collected from his trust account (when funds are available). Therefore, Plaintiff must authorize Madera County Jail to collect funds from his trust account and forward those funds to the Court.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

---

[1] The Court notes that Plaintiff included his date of birth and social security number in the application. (ECF No. 2, p. 2). Plaintiff should not include this information on his public filings. Additionally, the Clerk of Court is directed to redact Plaintiff's date of birth and social security number from the filing. This information is included at ECF No. 2, p. 2, lines 25 and 26.

1

**No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **December 2, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE