UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TORRES,<br><br>                    Plaintiff,<br><br>         v.<br><br>JAYSON QUICK, et al.,<br><br>                    Defendants. | No. 1:22-cv-01536-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 1, 13, 18) |

Plaintiff Edward Torres ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claims against defendants Quick, Garza, Garcia, Valadez, Prince, and Martinez; his Eighth Amendment failure to protect claims against defendants Quick, Garza, Garcia, Valadez, Prince, and Martinez; and his Eighth Amendment claim against defendant Ontiveros for deliberate indifference to his serious medical needs." (ECF No. 18 at 2.)

Plaintiff had the opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise

responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 19, 2023, (ECF No. 18), are adopted in full;

2. All claims and defendants are dismissed, except for Plaintiff's Eighth Amendment excessive force claims against defendants Quick, Garza, Garcia, Valadez, Prince, and Martinez; his Eighth Amendment failure to protect claims against defendants Quick, Garza, Garcia, Valadez, Prince, and Martinez; and his Eighth Amendment claim against defendant Ontiveros for deliberate indifference to his serious medical needs; and

3. The Clerk of Court is directed to reflect the dismissal of defendants Alvarez, Mendoza, and Gustavian on the Court's docket.

IT IS SO ORDERED.

Dated:   June 30, 2023                               _____

UNITED STATES DISTRICT JUDGE