**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

EDWARD TORRES,

               Plaintiff,

    v.

QUICK, et al.,

               Defendants.

Case No. 1:22-cv-01536 KES EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER

(Doc. 106)

Edward Torres asserts he suffered violations of his civil rights while housed in the Madera County Jail, and he seeks to hold defendant Ontiveros, the sole remaining defendant, liable for deliberate indifference to his serious medical needs. Docs. 1, 12. Ontiveros contends that Torres failed to engage in discovery. Doc. 100. Ontiveros moved to compel discovery responses or, in the alternative, for dismissal. Doc. 100. The magistrate judge ordered Torres to file any opposition no later than October 21, 2025. Doc. 101. Torres did not oppose the motion or otherwise respond to the court. *See* Doc. 106 at 2, 4.

The magistrate judge found Torres failed to comply with the court's order and failed to prosecute his claims. Doc. 106 at 4. The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) and *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992). *Id.* at 4-5. The magistrate judge recommended dismissal without prejudice, to "stop[]

short of … the harsher sanction of dismissal without prejudice." *Id.* at 5.  The court served these findings and recommendations on both parties and informed Torres that any objections were due within 30 days.  *Id.* at 5.  The court also informed Torres that failure to file objections by the ordered deadline "may result in the waiver of rights on appeal."  *Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).  Torres did not file any objections or otherwise communicate with the court, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court conducted a de novo review of this case.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the court **ORDERS**:

1. The findings and recommendations issued December 9, 2025 (Doc. 106) are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice for failure to prosecute and failure to obey the court's orders.

3. Defendant's motion to compel discovery (Doc. 100) is terminated as **MOOT**.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 10, 2026

UNITED STATES DISTRICT JUDGE

2